# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00040-CV

### In re Waste Connections Lone Star, Inc. and Fernando Cruz

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relators invoked this Court's mandamus jurisdiction in connection with a discovery dispute. However, the underlying litigation has settled, and relators have filed an unopposed motion to dismiss as moot. *In re Contract Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam) (case becomes moot if controversy "ceases to exist"). Because we lack jurisdiction over a moot a case, we grant relators' motion and dismiss the proceeding as moot. *Id.*

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Filed: March 13, 2026